Argued and submitted August 13, affirmed November 14, 2001

MICHAEL T. HERBST,
*Appellant,*

*v.*

Robert O. LAMPERT,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

00-02-083M; A111011

35 P3d 1094

Bob Pangburn, Caldwell, Idaho, filed the brief for appellant.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Haselton, Presiding Judge, and Deits, Chief Judge,* and Wollheim, Judge.

PER CURIAM

Affirmed. *State v. Grimes,* 163 Or App 340, 986 P2d 1290 (1999), *rev den* 332 Or 656 (2001).

_____

* Deits, C. J., *vice* Warren, S. J.